UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THERESA LAMBERT,

    Plaintiff,

vs.

DARKE COUNTY RECOVERY
SERVICES, INC., d/b/a Recovery & Wellness
Centers of Midwest Ohio,

    Defendant.

Case No. 3:21-cv-254

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

## ORDER OF REFERENCE FOR MEDIATION

Pursuant to 28 U.S.C. § 636(c), this case is hereby referred to Magistrate Judge Peter B. Silvain, Jr. for the purposes of mediation.

**IT IS SO ORDERED.**

Date:  February 2, 2022

s/ Michael J. Newman
Hon. Michael J. Newman
United States District Judge