UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

THERESA LAMBERT,

    Plaintiff,                                         Case No. 3:21-cv-254

vs.

DARKE COUNTY RECOVERY           District Judge Michael J. Newman
SERVICES, INC.,                              Magistrate Judge Caroline H. Gentry

    Defendant.

---

**ORDER: (1) APPROVING THE PARTIES' JOINT NOTICE OF SETTLEMENT; AND (2) CONDITIONALLY DISMISSING THIS CASE**

---

This case comes before the Court on parties' joint notice requesting that the Court approve their settlement agreement and enter a 90-day conditional dismissal. The Court, after full consideration of the issues, **APPROVES** of the settlement agreement and **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 90 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

Date:  October 31, 2022                          s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge